# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

April 2, 2002

*Before*

**Hon.** DANIEL A. MANION, *Circuit Judge*

**Hon.** ILANA DIAMOND ROVNER, *Circuit Judge*

**Hon.** TERENCE T. EVANS, *Circuit Judge*

| | |
|---|---|
| JEFFREY O'NEAL MARSHALL, a minor by his Guardian ad Litem Paul J. Gossens, <br>      Plaintiff-Appellee, | ] Appeals from the United ] States District Court for ] the Eastern District of ] Wisconsin. ] |
| Nos. 01-2722 and 01-2793    v. | ] No. 98 C 306 ] |
| DANIEL TESKE, ALFONZO MORALES and DAVID KOLATSKI, <br>      Defendants-Appellants. | ] Thomas J. Curran, Judge. ] ] |

The opinion issued on March 27, 2002, in the above cases is amended to read as follows:

On page 5, line 3 from the bottom, the amount "$25,000 in compensatory" is changed to "$30,000 in compensatory".